UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case Number 7:11-cr-00116-D

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | Order to Seal |
| | * | Motion and Order |
| STEVEN M. HARDWICK | * | |
| Defendant | * | |

Upon Motion of the Defendant, Steven M. Hardwick, it is hereby ORDERED the Motion for Extension of Delayed Reporting Date for Service of Defendant's Sentence of Incarceration and Order filed with this proposed Order be sealed until such time as requested to be unsealed by the Defendant, Steven M. Hardwick.

This the  9  day of  May , 2013.

---
JAMES C. DEVER, III
Chief United States District Judge