IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-116-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | WITHDRAWAL OF |
| | ) | WRIT OF EXECUTION |
| STEVEN M. HARDWICK, | ) | |
| | ) | |
| Defendant. | ) | |

On October 2, 2013, a Writ of Execution was issued in this case, based on an Application for Writ of Execution filed by the United States of America. The United States of America has now withdrawn its Application for Writ of Execution and requested that the Writ of Execution be withdrawn. The Writ of Execution filed in this matter is hereby withdrawn and is of no further legal consequence.

This __15__ day of __August__, 2014.

JULIE A. RICHARDS
Clerk United States District Court